IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) CRIMINAL NO. W18-761M |
| v. | ) **INFORMATION** |
| WINSTON M. GRANT, | ) [Count One: 18 U.S.C. §13 and T.P.C. § 49.04(a) – Driving While Intoxicated] |
| Defendant. | ) |

FILED
AUG 17 2018
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

THE UNITED STATES ATTORNEY CHARGES:

COUNT ONE
[18 U.S.C. § 13 and T.P.C. § 49.04(a)]

On or about July 13, 2018, at the Fort Hood Military Reservation, Waco Division, Western District of Texas, a place within the special maritime and territorial jurisdiction of the United States, the Defendant,

WINSTON M. GRANT,

did operate a motor vehicle in a public place while intoxicated, in violation of Section 49.04(a) of the Texas Penal Code and Title 18, United States Code, Section 13.

RICHARD L. DURBIN, JR.
United States Attorney

By: _____
JOHN G. DANYLUK
Special Assistant U. S. Attorney